■ SMITH & STRICKLAND TRADING CORP., Respondent, v. BARCLAYS BANK D. C. O., Appellant, et al., Defendant.— Order entered on December 23, 1960, denying defendant-appellant's motion to strike the complaint pursuant to section 237-a of the Civil Practice Act, unanimously affirmed, with $20 costs and

disbursements to the respondent. No opinion. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.